UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　　　Case No.:　19-27594-JNP
　　　　　　　　　　　　　　　　　　　　　　 Chapter:　7
J Jason Wolf　　　　　　　　　　　　　　　　 Judge:　　Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

　　　DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on January 7, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$225,000.00  525 Mills Lane Williamstown, NJ  08094

Liens on property:

$179,109.68  Specialized Loan Services

$37,050.00  Wells Fargo Bank

Amount of Equity claimed as exempt:

$8,840.32

Objections must be served on, and requests for additional information directed to:

Name: <u>Douglas S. Stanger</u>

Address: <u>646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221</u>

Telephone No. <u>(609) 645-1881</u>

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 19-27594-JNP
J Jason Wolf                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Dec 03, 2019
                              Form ID: pdf905          Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             J Jason Wolf,    525 Mills Ln,    Williamstown, NJ 08094-5723
518459247     ++AMERICAN HONDA FINANCE,     P O BOX 168088,     IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808-1674)
518459244      Advocare Laurel Pediatrics,    c/o I C Systems Inc. Attn: Bankruptcy,    PO Box 64378,
                 Saint Paul, MN 55164-0378
518459245      Advocare Schnall Pediatric Oph,    c/o I C Systems Inc Attn: Bankruptcy,    PO Box 64378,
                 Saint Paul, MN 55164-0378
518459246      American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
518500708      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518459249      Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
518459250      Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
518459251      Best Buy/Cbna,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032
518542193      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518459252      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
518459253      Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
518459254      Citibank, N.A.,    Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
518459255      Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO 63179-0441
518459256      Citibank/Goodyear,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO 63179-0034
518459257      Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO 63179-0034
518459262      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518459263      Goodyear Tire/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518459264      I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
518459266      Jefferson Health - New Jersey,    c/o Financial Recoveries Attn: Bankruptc,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
518459269      Macy's/dsnb,    PO Box 8218,    Mason, OH 45040-8218
518459272      N.J. Division of Taxation,    N.J. Division of Taxation Bankruptcy Sec,    PO Box 245,
                 Trenton, NJ 08695-0245
518459275      Pressler and Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
518459276      Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905
518459277      Selip and Stylianou, LLP,    10 Forest Ave Ste 300,    Paramus, NJ 07652-5238
518459278      South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518459279      Specialized Loan Service, LLC,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518459280      Stephen Einstein & Assoc.,    39 Broadway Rm 200,    New York, NY 10006-3039
518459288      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
518459290      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518459291      Theologia Papadelias, Esq.,    6500 New Albany Rd E,    New Albany, OH 43054-8730
518459294      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH 45040-8053
518459295     ++WELLS FARGO BANK NA,     1 HOME CAMPUS,     MAC X2303-01A,     DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    PO Box 6429,
                 Greenville, SC 29606-6429)
518459296      Wells Fargo Bank Nv NA,    PO Box 31557,    Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518459248      E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 04 2019 00:19:06     American Honda Finance,
                 Attn: Bankruptcy,    PO Box 168088,    Irving, TX 75016-8088
518459259      E-mail/Text: customercareus@creditcorpsolutionsinc.com Dec 04 2019 00:17:38
                 Credit Corp Solutions, Inc.,    180 W Election Rd Ste 200,    Draper, UT 84020-6406
518459258      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:31:35     Comenity Bank,
                 c/o Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
518468844      E-mail/Text: mrdiscen@discover.com Dec 04 2019 00:17:49     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518459260      E-mail/Text: mrdiscen@discover.com Dec 04 2019 00:17:49     Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
518459261      E-mail/Text: mrdiscen@discover.com Dec 04 2019 00:17:49     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
518459265      E-mail/Text: cio.bncmail@irs.gov Dec 04 2019 00:18:18     Internal Revenue Service,    STOP 5000,
                 PO Box 219236,    Kansas City, MO 64121-9236
518459267      E-mail/Text: bncnotices@becket-lee.com Dec 04 2019 00:18:01     Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI 53201-3120
518459268     +E-mail/Text: bncnotices@becket-lee.com Dec 04 2019 00:18:02     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518459270      E-mail/Text: bankruptcydpt@mcmcg.com Dec 04 2019 00:18:51     Midland Credit Management,
                 PO Box 2121,    Warren, MI 48090-2121
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 03, 2019
                              Form ID: pdf905          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518459271       E-mail/Text: bankruptcydpt@mcmcg.com Dec 04 2019 00:18:51      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
518459273       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:31:36
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
518459274       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:45:19
                 Portfolio Recovery,    PO Box 41021,    Norfolk, VA  23541-1021
518459282       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:31:29      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL  32896-5024
518459281       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:31:28      Syncb/modells Dc,    PO Box 965005,
                 Orlando, FL  32896-5005
518459283       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:32:08      Synchrony Bank,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
518460813      +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:31:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518459284       E-mail/Text: bankruptcydpt@mcmcg.com Dec 04 2019 00:18:51      Synchrony Bank,
                 c/o Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
518459285       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:31:29      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
518459286       E-mail/Text: bankruptcy@td.com Dec 04 2019 00:19:00      Td Bank N.A.,    32 Chestnut St,
                 Lewiston, ME  04240-7744
518459287       E-mail/Text: bankruptcy@td.com Dec 04 2019 00:19:00      Td Bank N.A.,    70 Gray Rd,
                 Portland, ME  04105-2019
518459292       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 04 2019 00:17:36
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr Ste 550,
                 Weldon Spring, MO  63304-2225
518459293       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 04 2019 00:17:36
                 Verizon Wireless/sou,    PO Box 650051,    Dallas, TX  75265-0051
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518459289*     ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court:  Td Bank, N.A.,    32 Chestnut St,    Lewiston, ME  04240-7744)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
               rsolarz@kmllawgroup.com
              Richard L. Pikunis, Jr.    on behalf of Debtor J Jason Wolf pikunislaw@gmail.com,
               G20228@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```