**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | J Jason Wolf | Social Security number or ITIN   xxx–xx–1310 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–27594–JNP | |

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

>   J Jason Wolf
>   aka J J Wolf, aka J Jason Wolf, aka Jason Wolf,
>   aka Jason J Wolf

1/17/20                                                                **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 19-27594-JNP
J Jason Wolf                                                        Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 3            Date Rcvd: Jan 17, 2020
                              Form ID: 318             Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db              J Jason Wolf,    525 Mills Ln,   Williamstown, NJ  08094-5723
518459247      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE  19808-1674)
518459251       Best Buy/Cbna,    50 NW Point Blvd,   Elk Grove Village, IL  60007-1032
518459255       Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,   Saint Louis, MO  63179-0441
518459262       Financial Recoveries,    200 E Park Dr Ste 100,   Mount Laurel, NJ  08054-1297
518459263       Goodyear Tire/Cbna,    PO Box 6497,   Sioux Falls, SD  57117-6497
518651864      +Hoffman DiMuzio,    412 Swedesboro Road,    Mullica Hill, NJ  08062-1816
518459266       Jefferson Health - New Jersey,    c/o Financial Recoveries Attn: Bankruptc,    PO Box 1388,
                 Mount Laurel, NJ  08054-7388
518652387      +Marie Olsen,    1 Horseshoe Lane,   Mullica Hill, NJ  08062-1601
518651863      +Mario Olsen,    1 Horseshoe Lane,   Mullica Hill, NJ  08062-1601
518459272       N.J. Division of Taxation,    N.J. Division of Taxation Bankruptcy Sec,    PO Box 245,
                 Trenton, NJ  08695-0245
518459275       Pressler and Pressler, LLP,    7 Entin Rd,    Parsippany, NJ  07054-5020
518459276       Radius Global Solutions,    PO Box 390905,    Minneapolis, MN  55439-0905
518459277       Selip and Stylianou, LLP,    10 Forest Ave Ste 300,   Paramus, NJ  07652-5238
518459278       South Jersey Gas,    PO Box 6091,   Bellmawr, NJ  08099-6091
518459279       Specialized Loan Service, LLC,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
518459280       Stephen Einstein & Assoc.,    39 Broadway Rm 200,   New York, NY  10006-3039
518459291       Theologia Papadelias, Esq.,    6500 New Albany Rd E,   New Albany, OH  43054-8730
518459294       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH  45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
cr              EDI: HNDA.COM Jan 18 2020 04:58:00     American Honda Financa Corp.,    P.O. Box 168088,
                 Irving, TX  75016-8088
518459248       EDI: HNDA.COM Jan 18 2020 04:58:00     American Honda Finance,    Attn: Bankruptcy,
                 PO Box 168088,    Irving, TX  75016-8088
518459244       EDI: IIC9.COM Jan 18 2020 04:53:00     Advocare Laurel Pediatrics,
                 c/o I C Systems Inc. Attn: Bankruptcy,    PO Box 64378,    Saint Paul, MN  55164-0378
518459245       EDI: IIC9.COM Jan 18 2020 04:53:00     Advocare Schnall Pediatric Oph,
                 c/o I C Systems Inc Attn: Bankruptcy,    PO Box 64378,    Saint Paul, MN  55164-0378
518459246       EDI: AMEREXPR.COM Jan 18 2020 04:58:00     American Express,    PO Box 297871,
                 Fort Lauderdale, FL  33329-7871
518500708       EDI: BECKLEE.COM Jan 18 2020 04:58:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518459249       EDI: AMEREXPR.COM Jan 18 2020 04:58:00     Amex,    Correspondence/Bankruptcy,    PO Box 981540,
                 El Paso, TX  79998-1540
518459250       EDI: TSYS2.COM Jan 18 2020 04:58:00     Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE  19801-5015
518459259       E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 18 2020 00:23:36
                 Credit Corp Solutions, Inc.,    180 W Election Rd Ste 200,    Draper, UT  84020-6406
518542193       EDI: BL-BECKET.COM Jan 18 2020 04:58:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518459252       EDI: CHASE.COM Jan 18 2020 04:58:00     Chase Card,    PO Box 15298,
                 Wilmington, DE  19850-5298
518459253       EDI: CHASE.COM Jan 18 2020 04:58:00     Chase Card Services,    Correspondence Dept,
                 PO Box 15298,    Wilmington, DE  19850-5298
518459254       EDI: CITICORP.COM Jan 18 2020 04:58:00     Citibank, N.A.,    Citi Cards,    PO Box 9001037,
                 Louisville, KY  40290-1037
518459256       EDI: CITICORP.COM Jan 18 2020 04:58:00     Citibank/Goodyear,
                 Citibank Corp/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
518459257       EDI: CITICORP.COM Jan 18 2020 04:58:00     Citibank/the Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
518459258       EDI: PRA.COM Jan 18 2020 04:58:00     Comenity Bank,    c/o Portfolio Recov Assoc,
                 120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
518468844       EDI: DISCOVER.COM Jan 18 2020 04:58:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
518459260       EDI: DISCOVER.COM Jan 18 2020 04:58:00     Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE  19850-5316
518459261       EDI: DISCOVER.COM Jan 18 2020 04:58:00     Discover Financial,    PO Box 3025,
                 New Albany, OH  43054-3025
518459264       EDI: IIC9.COM Jan 18 2020 04:53:00     I C System Inc,    PO Box 64378,
                 Saint Paul, MN  55164-0378
518459265       EDI: IRS.COM Jan 18 2020 04:58:00     Internal Revenue Service,    STOP 5000,   PO Box 219236,
                 Kansas City, MO  64121-9236
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jan 17, 2020
                              Form ID: 318             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518459267      E-mail/Text: bncnotices@becket-lee.com Jan 18 2020 00:23:53      Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI  53201-3120
518459268     +E-mail/Text: bncnotices@becket-lee.com Jan 18 2020 00:23:53      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518459269      EDI: TSYS2.COM Jan 18 2020 04:58:00      Macy's/dsnb,    PO Box 8218,    Mason, OH  45040-8218
518459270      EDI: MID8.COM Jan 18 2020 04:58:00      Midland Credit Management,    PO Box 2121,
                 Warren, MI  48090-2121
518459271      EDI: MID8.COM Jan 18 2020 04:58:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA  92108-2709
518459273      EDI: PRA.COM Jan 18 2020 04:58:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA  23502-4952
518459274      EDI: PRA.COM Jan 18 2020 04:58:00      Portfolio Recovery,    PO Box 41021,
                 Norfolk, VA  23541-1021
518459282      EDI: RMSC.COM Jan 18 2020 04:58:00      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL  32896-5024
518459281      EDI: RMSC.COM Jan 18 2020 04:58:00      Syncb/modells Dc,    PO Box 965005,
                 Orlando, FL  32896-5005
518459283      EDI: RMSC.COM Jan 18 2020 04:58:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL  32896-5060
518460813     +EDI: RMSC.COM Jan 18 2020 04:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518459284      EDI: MID8.COM Jan 18 2020 04:58:00      Synchrony Bank,    c/o Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
518459285      EDI: RMSC.COM Jan 18 2020 04:58:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL  32896-5060
518459286      EDI: TDBANKNORTH.COM Jan 18 2020 04:58:00      Td Bank N.A.,    32 Chestnut St,
                 Lewiston, ME  04240-7744
518459287      EDI: TDBANKNORTH.COM Jan 18 2020 04:58:00      Td Bank N.A.,    70 Gray Rd,
                 Portland, ME  04105-2019
518459288      EDI: WTRRNBANK.COM Jan 18 2020 04:58:00      Td Bank USA/Targetcred,    PO Box 673,
                 Minneapolis, MN  55440-0673
518459290      EDI: CITICORP.COM Jan 18 2020 04:58:00      Thd/Cbna,    PO Box 6497,
                 Sioux Falls, SD  57117-6497
518459292      EDI: VERIZONCOMB.COM Jan 18 2020 04:53:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr Ste 550,
                 Weldon Spring, MO  63304-2225
518459293      EDI: VERIZONCOMB.COM Jan 18 2020 04:53:00      Verizon Wireless/sou,    PO Box 650051,
                 Dallas, TX  75265-0051
518459295      EDI: WFFC.COM Jan 18 2020 04:58:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    PO Box 6429,
                 Greenville, SC  29606-6429
518459296      EDI: WFFC.COM Jan 18 2020 04:58:00      Wells Fargo Bank Nv NA,    PO Box 31557,
                 Billings, MT  59107-1557
                                                                                              TOTAL: 44

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518652388*    +Hoffman DiMuzio,    412 Swedesboro Road,    Mullica Hill, NJ 08062-1816
518459289*   ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                (address filed with court: Td Bank, N.A.,     32 Chestnut St,    Lewiston, ME  04240-7744)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 3 of 3                   Date Rcvd: Jan 17, 2020
                               Form ID: 318             Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor    Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Douglas S. Stanger   on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger   doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz   on behalf of Creditor    Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          Richard L. Pikunis, Jr.    on behalf of Debtor J Jason Wolf pikunislaw@gmail.com,
           G20228@notify.cincompass.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                               TOTAL: 6