Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 19–27594–JNP
> Chapter: 7
> Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  J Jason Wolf
  aka J J Wolf, aka J Jason Wolf, aka Jason Wolf, aka Jason J Wolf
  525 Mills Ln
  Williamstown, NJ 08094–5723

Social Security No.:
  xxx–xx–1310

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 23, 2020</u>            <u>Jerrold N. Poslusny Jr.</u>
                                         Judge, United States Bankruptcy Court